UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 3:25-cr-30002 |
| Plaintiff, | REDACTED INDICTMENT |
| v. | Assaulting, Resisting and Impeding a Federal Officer |
| MICHAEL DISERLY, | (18 U.S.C. § 111(a)) |
| Defendant. | |

The Grand Jury charges:

On or about July 24, 2022, in Todd County, in the District of South Dakota, the defendant, Michael Diserly, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Corrections Officer Ethan One Feather, while Corrections Officer Ethan One Feather was a law enforcement officer employed by the Rosebud Sioux Tribe, pursuant to a contract of the Rosebud Sioux Tribe with the United States Department of Interior, Bureau of Indian Affairs, granting authority under 25 U.S.C. § 2804 to perform law enforcement functions, and while Corrections Officer Ethan One Feather was engaged in the performance of his official duties, and said conduct did involve physical contact, in violation of 18 U.S.C. § 111(a).

A TRUE BILL:

**[Name Redacted]**

_____
Foreperson

ALISON J. RAMSDELL
United States Attorney

By: _____